**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Michael Mozuch** | Social Security number or ITIN **xxx–xx–5449** |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number: **20–21523–TPA**

# Order of Discharge                                                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael Mozuch

8/26/20                                                                                   **By the court:**   Thomas P. Agresti
                                                                                                                                 United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2

```
                          United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                             Case No. 20-21523-TPA
Michael Mozuch                                                     Chapter 7
        Debtor                       CERTIFICATE OF NOTICE
District/off: 0315-2           User: admin                  Page 1 of 2                  Date Rcvd: Aug 26, 2020
                               Form ID: 318                 Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2020.
db             +Michael Mozuch,    2133 Naomi Avenue,    1st Floor,    Glassport, PA 15045-1217
15241605       +CCS/First National Bank,    500 E. 60th Street N.,    Sioux Falls, SD 57104-0478
15241604      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: CBNA,    50 Northwest Point Road,    Elk Grove Village, IL 60007)
15241601       +Capital One/Cabelas,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
15241609       +FNB Omaha,    P.O. Box 3412,    Omaha, NE 68103-0412
15241610       +Green Sky/Thdlnsvc/Fifth,    1797 N East Expressway NE,    Brookhaven, GA 30329-7803
15241615       +MRC/United Wholesale,    585 South Boulevard E.,    Pontiac, MI 48341-3163
15241617       +Shell/CBNA,    6400 Los Calinas Boulevard,    Irving, TX 75039-2900

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QRSHEARER.COM Aug 27 2020 07:53:00      Robert Shearer,    5703 Brewster Lane,
                 Erie, PA 16505-1109
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 27 2020 05:01:46
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 27 2020 05:01:46      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
cr             +EDI: PRA.COM Aug 27 2020 07:53:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15241596       +EDI: GMACFS.COM Aug 27 2020 07:53:00      Ally Financial,    200 Renaissance Ctr,
                 Detroit, MI 48243-1300
15241597       +EDI: AMEREXPR.COM Aug 27 2020 07:53:00      American Express,    P.O. Box 297871,
                 Fort Lauderdale, FL 33329-7871
15241598       +EDI: TSYS2.COM Aug 27 2020 07:53:00      Barclays Bank Delaware,    P.O. Box 8803,
                 Wilmington, DE 19899-8803
15241600        EDI: CAPITALONE.COM Aug 27 2020 07:53:00      Capital One Bank USA N.A.,
                 15000 Capital One Drive,    Richmond, VA 23238
15241603       +EDI: PHINGENESIS Aug 27 2020 07:53:00      CB Indigo/GF,    P.O. Box 4499,
                 Beaverton, OR 97076-4499
15241599       +EDI: CAPITALONE.COM Aug 27 2020 07:53:00      Capital One,    P.O. Box 30253,
                 Salt Lake City, UT 84130-0253
15241602       +EDI: CAPITALONE.COM Aug 27 2020 07:53:00      Capital One/Wal-Mart,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
15241606       +EDI: CITICORP.COM Aug 27 2020 07:53:00      Citicards CBNA,    P.O. Box 6241,
                 Sioux Falls, SD 57117-6241
15241607       +EDI: WFNNB.COM Aug 27 2020 07:53:00      Comenity Capital/Big Lots,    P.O. Box 182120,
                 Columbus, OH 43218-2120
15241608       +EDI: DISCOVER.COM Aug 27 2020 07:53:00      Discover Financial Svcs LLC,    P.O. Box 15316,
                 Wilmington, DE 19850-5316
15241611        EDI: JPMORGANCHASE Aug 27 2020 07:53:00      JP Morgan Chase Bank Card,    P.O. Box 15369,
                 Wilmington, DE 19850
15241612       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Aug 27 2020 05:02:47       Keybank N.A.,
                 4910 Tiedeman Road,    Cleveland, OH 44144-2338
15241613       +E-mail/Text: PBNCNotifications@peritusservices.com Aug 27 2020 05:00:44       Kohls/Capital One,
                 N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-5660
15241614       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 27 2020 05:04:18       Merrick Bank,
                 P.O. Box 9201,    Old Bethpage, NY 11804-9001
15241616       +E-mail/Text: bankruptcynotices@psecu.com Aug 27 2020 05:03:21       PSECU,    1500 Elmerton Avenue,
                 Harrisburg, PA 17110-9214
15241618       +EDI: RMSC.COM Aug 27 2020 07:53:00      Syncb/Amazon,    P.O. Box 965015,
                 Orlando, FL 32896-5015
15241619       +EDI: RMSC.COM Aug 27 2020 07:53:00      Syncb/BP DC,    P.O. Box 965024,    Orlando, FL 32896-5024
15241620       +EDI: RMSC.COM Aug 27 2020 07:53:00      Syncb/CC1,    P.O. Box 965068,    Orlando, FL 32896-5068
15241621       +EDI: RMSC.COM Aug 27 2020 07:53:00      Syncb/JCPenney,    P.O. Box 965007,
                 Orlando, FL 32896-5007
15241622       +EDI: RMSC.COM Aug 27 2020 07:53:00      Syncb/Lowes,    P.O. Box 965005,    Orlando, FL 32896-5005
15241623       +EDI: RMSC.COM Aug 27 2020 07:53:00      Syncb/Mitsubishi-HM DS,    950 Forrer Boulevard,
                 Dayton, OH 45420-1469
15241624       +EDI: RMSC.COM Aug 27 2020 07:53:00      Syncb/Network,    P.O. Box 965036,
                 Orlando, FL 32896-5036
15241625       +EDI: RMSC.COM Aug 27 2020 07:53:00      Syncb/Old Navy,    P.O. Box 965005,
                 Orlando, FL 32896-5005
15241626       +EDI: RMSC.COM Aug 27 2020 07:53:00      Syncb/PayPal,    P.O. Box 530975,
                 Orlando, FL 32896-0001
15241627       +EDI: RMSC.COM Aug 27 2020 07:53:00      Syncb/PayPal MC,    P.O. Box 965005,
                 Orlando, FL 32896-5005
15241628       +EDI: RMSC.COM Aug 27 2020 07:53:00      Syncb/Sams Club,    P.O. Box 965005,
                 Orlando, FL 32896-5005
15241629       +EDI: RMSC.COM Aug 27 2020 07:53:00      Syncb/Sams Club DC,    P.O. Box 965005,
                 Orlando, FL 32896-5005
15242891       +EDI: RMSC.COM Aug 27 2020 07:53:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
```

```
District/off: 0315-2          User: admin              Page 2 of 2                  Date Rcvd: Aug 26, 2020
                              Form ID: 318             Total Noticed: 43

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15241630        +E-mail/Text: bankruptcy@huntington.com Aug 27 2020 05:02:12      The Huntington Natl Bank,
                 P.O. Box 1558,   Columbus, OH 43216-1558
15241631         EDI: USBANKARS.COM Aug 27 2020 07:53:00      US Bank,   4325 17th Avenue S.,   Fargo, ND 58125
15241633        +EDI: BLUESTEM Aug 27 2020 07:53:00      Webbank/Fingerhut,   6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 35

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              United Shore Financial Services, LLC
aty*           +Robert Shearer,   5703 Brewster Lane,   Erie, PA 16505-1109
15241632*      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court: US Bank,   4325 17th Ave S.,   Fargo, ND 58125)
                                                                              TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2020 at the address(es) listed below:
              Brian J. Bleasdale    on behalf of Debtor Michael  Mozuch bleasdb@yahoo.com
              James   Warmbrodt    on behalf of Creditor   United Shore Financial Services, LLC
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert   Shearer    information@robertshearer.com, rshearer@ecf.axosfs.com;rspclaw@gmail.com
              Robert   Shearer    on behalf of Trustee Robert  Shearer information@robertshearer.com,
               rshearer@ecf.axosfs.com;rspclaw@gmail.com
                                                                                              TOTAL: 5
```